ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Mythics, Inc. | )      ASBCA No. 62455 |
| | ) |
| Under Contract No. FA8771-17-F-0008 | ) |

APPEARANCE FOR THE APPELLANT:      David S. Black, Esq.
                                    Holland & Knight LLP
                                    Tysons, VA

APPEARANCE FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
                                      Air Force Deputy Chief Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE PROUTY

The parties have resolved their dispute through a settlement agreement and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $35,000,000. Appellant has agreed to waive interest.

Dated: April 13, 2020

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62455, Appeal of Mythics, Inc., rendered in conformance with the Board's Charter.

Dated:  April 13, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals